■ In the Matter of FFT SENIOR COMMUNITIES, INC., Respondent, v TOWN OF CANANDAIGUA et al., Appellants. [992 NYS2d 655]—Appeal from an order of the Supreme Court, Ontario County (Matthew A. Rosenbaum, J.), entered June 17, 2013 in a proceeding pursuant to RPTL article 7. The order, among other things, granted petitioner's motion seeking to establish the value of its property for three assessment dates.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.

■ BENJAMIN L. JOLLEY, Respondent, v AGOSTINHA R. LANDO, Appellant. [993 NYS2d 523]—Appeal from an order of the Supreme Court, Steuben County (Joseph W. Latham, A.J.), entered September 4, 2013 in a divorce action. The order denied the motion of defendant for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.